UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MARLIN GIOVANNI PICKENS,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN MCNEELY, *et al.*,<br><br>Defendants. | CASE NO. 3:22-cv-05562-DGE<br><br>ORDER TO SHOW CAUSE |

This matter is before the Court on referral from the district court and on plaintiff's motion to proceed *in forma pauperis* (IFP). *See* Dkt. 1.

On August 30, 2022, this Court ordered plaintiff to show cause why this matter should not be dismissed. *See* Dkt. 3. Specifically, the Court ordered plaintiff to explain how the claims in his proposed complaint differ from the claims he attempted to bring—and were dismissed—in Cause No. 3:22-cv-5318-BHS. The Court ordered plaintiff to respond by September 30, 2022. *See id.* As of the date of this order, plaintiff has not filed a response to the Court's order.

ORDER TO SHOW CAUSE - 1

Failure to obey a Court order may result in the undersigned recommending the dismissal of the action. However, the Court will give plaintiff another opportunity to respond because he is proceeding *pro se*. Accordingly, the Court orders plaintiff to respond to the Court's order to show cause (Dkt. 3) by **October 28, 2022**. The Court declines to rule on plaintiff's IFP motion until he satisfies the Court's order to show cause. Thus, the Clerk is directed to renote plaintiff's IFP motion to October 28, 2022. The Clerk is further directed to mail plaintiff a copy of this order and a copy of the Court's previous order to show cause (Dkt. 3).

Dated this 14th day of October, 2022.

J. Richard Creatura
Chief United States Magistrate Judge