UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MARLIN GIOVANNI PICKENS,

    Plaintiff,

v.

JONATHAN MCNEELY, *et al.*,

    Defendants.

CASE NO. 3:22-cv-05562-DGE

REPORT AND RECOMMENDATION

NOTED FOR: December 9, 2022

This matter is before the Court on the district court's referral of plaintiff's motion to proceed *in forma pauperis* (IFP) and on the Court's orders for plaintiff to show cause. Dkts. 1, 3, 4.

Plaintiff's proposed complaint is mostly a copied and pasted version of a proposed complaint that was dismissed in an earlier action initiated by plaintiff. *Compare* Dkt. 1-1, *with* Cause No. 3:22-cv-05318-BHS, Dkt. 6. Due to the proximity of this action with plaintiff's prior action and the fact that his proposed complaint is strikingly similar to the proposed complaint that was dismissed in the previous action, the Court ordered plaintiff to show cause explaining

REPORT AND RECOMMENDATION - 1

how he has cured the deficiencies previously identified with his claims. *See* Dkt. 3. Plaintiff's response was due by September 30, 2022. *See id.* Plaintiff did not file a response by that date. On October 14, 2022, the Court issued another order to show cause and provided plaintiff additional time to respond to the Court's order. *See* Dkt. 4 (ordering plaintiff to respond by October 28, 2022).

The Court warned plaintiff that a failure to obey a Court order may result in dismissal of his action. *See* Dkt. 4 at 2. Plaintiff took no action in response to the Court's show cause order and has not filed anything else since he initiated this action. It appears that plaintiff is no longer interested in prosecuting this lawsuit. Therefore, the Court recommends that this matter be dismissed without prejudice for failure to prosecute and for failing to comply with a Court order. Plaintiff's pending IFP motion should be denied as moot.

Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have fourteen (14) days from service of this Report to file written objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of *de novo* review by the district judge, *see* 28 U.S.C. § 636(b)(1)(C), and can result in a waiver of those objections for purposes of appeal. *See Thomas v. Arn*, 474 U.S. 140, 142 (1985); *Miranda v. Anchondo*, 684 F.3d 844, 848 (9th Cir. 2012). Accommodating the time limit imposed by Rule 72(b), the Clerk is directed to set the matter for consideration on **December 9, 2022**, as noted in the caption.

Dated this 22nd day of November, 2022.

J. Richard Creatura
Chief United States Magistrate Judge